UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**GWEN CLEVELAND**                                                                                    **PLAINTIFF**

V.                                          CIVIL ACTION NO. 1:05CV565 LTS-JMW

**JOHN FRENCH and NATIONWIDE**
**MUTUAL FIRE INSURANCE COMPANY**                                    **DEFENDANTS**

### ORDER OF REMAND

In accordance with the Memorandum Opinion I have this day signed, it is

**ORDERED**

That the plaintiff's motion to remand [5] is hereby **GRANTED**;

That the defendant's motion for leave to file a sur-reply [16] is hereby **DENIED**,

That this case is hereby **REMANDED** to the Circuit Court of Harrison County, Mississippi; and

That the Clerk of Court shall take all steps necessary to return this case to the court from which it was removed.

**SO ORDERED** this 1st day of May, 2006.

s/ *L. T. Senter, Jr.*

L. T. Senter, Jr.
Senior Judge