UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**GWEN CLEVELAND**                                                                                          **PLAINTIFF**

**V.**                                                          **CIVIL ACTION NO.1:05CV565 LTS-RHW**

**JOHN FRENCH and**
**NATIONWIDE MUTUAL FIRE INSURANCE COMPANY**                        **DEFENDANTS**

## ORDER

In accordance with the Memorandum Opinion I have this day signed, it is hereby

**ORDERED**

That the motion of Nationwide Mutual Fire Insurance Company and John French [24] to reconsider the opinion [22] and order [23] of remand entered on May 1, 2006, is hereby **DENIED**; and

That the motion of Nationwide Mutual Fire Insurance Company and John French [27] for leave to take an interlocutory appeal is hereby **DENIED**.

**SO ORDERED** this 16th day of November, 2006.

s/ *L. T. Senter, Jr.*
L. T. Senter, Jr.
Senior Judge